# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Toro Ventures, LLC | ) | ASBCA Nos. 59883, 60172 |
| | ) | |
| Under Contract No. W91QVN-14-P-0573 | ) | |

APPEARANCE FOR THE APPELLANT:          Mr. Idy Tall
                                       President

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
                                         Army Chief Trial Attorney
                                       CPT Cali Y. Kim, JA
                                         Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 28 January 2016

_____
LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59883, 60172, Appeals of Toro Ventures, LLC, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals